Argued May 8, affirmed May 14, 1973

STATE OF OREGON, *Respondent, v.* DONALD
HAROLD WHITMAN (C-72-08-2389), *Appellant.*

509 P2d 547

*Gary D. Babcock,* Public Defender, Salem, argued
the cause and filed the brief for appellant.

*Thomas H. Denney,* Assistant Attorney General,
Salem, argued the cause for respondent. With him
on the brief were Lee Johnson, Attorney General, and
John W. Osburn, Solicitor General, Salem.

Before Schwab, Chief Judge, and Langtry and
Thornton, Judges.

PER CURIAM.

Affirmed. *State v. Emfinger,* 6 Or App 328, 487
P2d 1393 (1971).